UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ZORNA SIMONE CORBIN                    Case No.  6:16-BK-02047-CCJ
                                       Chapter 13

        Debtor.

_____

ZORNA SIMONE CORBIN,

        Plaintiff,

vs.                                    Adv. Pro. No. 6:16-ap-00090-CCJ
WELLS FARGO BANK, N.A.,

        Defendant.

_____

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

Defendant Wells Fargo Bank, N.A. ("Defendant") hereby moves the Court for entry of an Order granting an enlargement of time for Defendant to serve its response to Plaintiff Zorna Simone Corbin's ("Plaintiff") Verified Adversary Complaint ("Complaint"), and states as follows:

1. Plaintiff's Complaint was filed on September 27, 2016.  [D.E. 11]

2. Defendant's response to the Complaint is due to be served by October 31, 2016.

3. Defendant requests an extension of thirty (30) days, up to and including November 30, 2016, to file its response to Plaintiff's Complaint in order for Defendant to investigate and prepare its response.

4. This Motion for Enlargement of Time is made in good faith and not for purposes of delaying the ultimate resolution of this case.

5. Counsel for Defendant has conferred with the *pro se* Plaintiff concerning this Motion, and the Plaintiff does not oppose the relief sought in the Motion.

### Memorandum of Law

Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9006 of the Bankruptcy Procedure provides that this Court has the discretion to enlarge any time prescribed by the federal rules, local rules, or court order upon a showing of excusable neglect. Fed.R.Civ.P. 6(b). Here, Defendant is seeking an unopposed enlargement to respond to the Complaint. Since this extension of time is sought in good faith, not for any purposes of delay, and is requested for the preparation of Defendant's response to the Complaint, Defendant respectfully requests that the Court grant its request for an enlargement of time.

WHEREFORE, Defendant respectfully requests an extension of thirty (30) days, up to and including November 30, 2016, to file its response to Plaintiff's Complaint.

McGUIREWOODS LLP

By  /s/ Courtney A. McCormick
    Sara F. Holladay-Tobias (FL Bar No. 26225)
    stobias@mcguirewoods.com
    Courtney A. McCormick (FL Bar No. 92879)
    cmccormick@mcguirewoods.com
    50 N. Laura Street, Suite 3300
    Jacksonville, Florida 32202
    (904) 798-3200
    (904) 798-3207 (fax)

*Attorneys and Trial Counsel for Defendant*
*Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on October 31, 2016. I also certify that the foregoing document is being served this day on the following via transmission of Electronic Filing generated by CM/ECF:

Zorna Simone Corbin
8121 Meadowglen Drive
Orlando, Florida 32810
*Plaintiff*

                                                   */s/ Courtney A. McCormick*
                                                         Attorney