UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ZORNA SIMONE CORBIN,             Case No.: 6-16-bk-02047-CCJ
                                                        Chapter 13
        Debtor.

_____

ZORNA SIMONE CORBIN,

        Plaintiff,

v.                                                         Case No.: 6:16-ap-00090-CCJ

WELLS FARGO BANK, N.A.,

        Defendant.

_____

**<u>DEFENDANT'S MOTION FOR CLARIFICATION</u>**

Defendant, Wells Fargo Bank, N.A. ("Defendant"), hereby moves the Court for clarification as to whether it is required to file a response to Plaintiff Zorna Simone Corbin's ("Plaintiff") Verified Adversary Complaint, and states as follows:

1.       Plaintiff's Complaint was filed on September 27, 2016.

2.       Defendant's response to the Complaint was due to be served by October 31, 2016. On October 31, 2016, Defendant filed an Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Verified Complaint requesting an extension to file its response of thirty (30) days up to and including November 30, 2016.

3.       On November 23, 2016, this Court entered an Order Granting Trustee's Motion to Dismiss for Failure to File a Feasible Chapter 13 Plan, and for Filing Incomplete Schedules in Case No. 6-16-bk-02047-CCJ ("Chapter 13 Case"). Counsel for Defendant spoke to the Clerk

who confirmed that the instant Adversary Proceeding would be administratively closed upon closure of the underlying Chapter 13 Case.

4. The Defendant requests clarification from the Court whether it remains necessary to file a response to Plaintiff's Complaint in light of the recent dismissal of the Chapter 13 Case and pending administrative closure of the instant Adversary Proceeding.

5. The Defendant reserves the right to file a response to the Complaint if it is determined that it is necessary to file a response because the Chapter 13 Case is reinstated or if the Adversary Proceeding is not administratively closed.

WHEREFORE, Defendant requests clarification from the Court whether it remains necessary to file a response to Plaintiff's Complaint in light of the recent dismissal of the Chapter 13 Case and pending administrative closure of the instant Adversary Proceeding

**McGUIREWOODS LLP**

By  */s/ Courtney A. McCormick*
Sara F. Holladay-Tobias (FL Bar No. 0026225)
Courtney A. McCormick (FL Bar No. 92879)
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)
sfhollad@mcguirewoods.com
cmccormick@mcguirewoods.com

*Attorneys and Trial Counsel for Defendant Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on November 30, 2016. I also certify that the foregoing document is being served this day on the following via U.S. Mail:

Zorna Corbin
8121 Meadowglen Drive
Orlando, FL 32810

                                                  */s/ Courtney A. McCormick*
                                                       Attorney