ORDERED.

Dated: November 30, 2016

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

ZORNA SIMONE CORBIN                     Case No. 6:16-BK-02047-CCJ
                                         Chapter 13

      Debtor.

---

ZORNA SIMONE CORBIN,

      Plaintiff,

vs.                                      Adv. Pro. No. 6:16-ap-00090-CCJ
WELLS FARGO BANK, N.A.,

      Defendant.

---

**ORDER GRANTING**
**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF**
**TIME TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**

THIS CASE came on for consideration, without a hearing, upon Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Verified Complaint and Incorporated Memorandum of Law (the "Motion") (Doc. No. 3) filed on October 31, 2016, by Creditor Wells Fargo Bank, N.A. The Court has considered the record and finds that the Motion should be granted.

Accordingly, it is

      **ORDERED:**

      1.    The Motion (Doc. No. 3) is GRANTED and Defendant shall have until November 30, 2016, to file a response to the Complaint.

Attorney Courtney A. McCormick is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

84719738v1