ORDERED.

Dated:  June 14, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ZORNA SIMONE CORBIN,

    Debtor.                              /

Chapter 13
Case No. 6:16-bk-02047-CCJ

ZORNA SIMONE CORBIN,

    Plaintiff,

v.

Adv. Proc. No. 6:16-ap-00090-CCJ

WELLS FARGO BANK, N.A.

    Defendant.
                                                  /

ORDER GRANTING PLAINTIFF'S MOTION TO RESCHEDULE HEARING

This case came before the Court for consideration of the Motion by Plaintiff to Reschedule Hearing (Doc. No. 13; the "Motion").  After reviewing the pleadings, it is

ORDERED:

1.    The Motion is granted.

2. All matters previously scheduled for hearing on June 15, 2017 at 2:00 p.m. are rescheduled for **July 13, 2017 at 2:00 p.m. in Orlando, Florida, Courtroom 6D, George C. Young United States Courthouse, 400 West Washington Street**.

3. If Plaintiff is unable to appear in person she may appear by telephone by making arrangements with CourtCall (866-582-6878) no later than 5:00 p.m. July 12, 2017.

Clerk's office to serve