FILED

JUN 21 2017

Clerk, U.S. Bankruptcy,
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                          Case No.: 6:16-bk-02047-CCJ
                                                Chapter 13
ZORNA SIMONE CORBIN

    Debtor,

---

ZORNA SIMONE CORBIN

    Plaintiff,
                                                Case No.: 6:16-ap-00090-CCJ
v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

### MOTION FOR ENTRY OF DEFAULT BY CLERK

Plaintiff, Zorna Simone Corbin, move(s) this Court for entry of a default against the Defendant, Wells Fargo Bank, N.A., and would show:

1. On 9/27/2016, Plaintiff filed an Adversarial Complaint against Wells Fargo Bank, N.A. [Docket #1]

2. Service was made by summons in accordance with Federal Rule of Bankruptcy Procedure 7004 on the Defendant by serving, Wells Fargo Bank, N.A. in care of McGuirewoods, LLP, 50 N. Laura Street, Suite 3300, Jacksonville, Florida 32202, at the usual place of business.

3. Defendant filed for an extension of time and it was granted [Doc. No. 6] and it was **ORDERED** "The Motion [Doc. No. 3] is GRANTED and the Defendant is **ORDERED** to file a response to the Complaint by November 30, 2016".

4. Defendant failed to file a responsive pleading or motion to the Complaint even with an extension of time.

5. Defendant abandoned the case.

6. Seven [7] months later, without leave of Court, on June 8, 2017, Anna Haugen, the Attorney for Wells Fargo, N.A. called the Plaintiff (6) six days before the hearing scheduled for June 15, 2017 and asked for more time to file an Answer to the Verified Complaint. Plaintiff did not grant such a request.

7. Wherefore, Plaintiff seek(s) a default against the Defendant(s) as a result of the failure to respond.

Dated: June 21, 2017

By _____
Zorna Simone Corbin
8121 Meadowglen Drive
Orlando, Florida 32810

## PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on June 21, 2017, to:

**Service List**

McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)

By *[signature]*
Zorna Simone Corbin
8121 Meadowglen Drive
Orlando, Florida 32810

3