[Dntcpsca] [District Notice Scheduling Pretrial/Status Conference Adversary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 6:16–bk–02047–CCJ
                                                                          Chapter 13
Zorna Simone Corbin


_____Debtor*_____/

Zorna Simone Corbin



            Plaintiff*

vs.                                                                       Adv. Pro. No. 6:16–ap–00090–CCJ


Wells Fargo Bank NA



_____Defendant*_____/

## AMENDED NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Pretrial/Status Conference will be held in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, on August 16, 2017, at 02:00 PM , before the Honorable Cynthia C. Jackson, United States Bankruptcy Judge.

2. All pending motions, other than Motions for Summary Judgment, may be heard at the Pretrial/Status Conference.

3. Parties are reminded to comply with all requirements of Local Rule 7001–1.

4. Avoid Delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure, a photo ID is required for entry into the courthouse.

|  |  |
|---|---|
| Dated: June 29, 2017 | FOR THE COURT |
|  | Sheryl L. Loesch , Clerk of Court |
|  | George C. Young Federal Courthouse |
|  | 400 West Washington Street |
|  | Suite 5100 |
|  | Orlando, FL 32801 |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.