ORDERED.

Dated: September 07, 2017

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Zorna Simone Corbin,

    Debtor.
_____/

Zorna Simone Corbin,

    Plaintiff,

v.

Wells Fargo Bank, NA,

    Defendant.
_____/

Chapter 13
Case No.: 6:16-bk-02047-CCJ

Adv. No.: 6:16-ap-00090-CCJ

## ORDER DENYING MOTION BY PLAINTIFF FOR RECONSIDERATION

This proceeding came before the Court to consider the Plaintiff's Motion for Reconsideration (Doc. No. 27; the "Motion"). After reviewing the Motion and considering the position of interested parties, it is ORDERED that the Motion is denied.

The Clerk is directed to serve a copy of this order on all interested parties.